B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**District of Delaware** | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Security National Properties Funding, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>20-0284037 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3050 Westfork Drive**<br>**Baton Rouge, LA**<br><br>ZIP Code **70816** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**East Baton Rouge** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Security National Properties Funding, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attached Sheet** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Security National Properties Funding, LLC** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X _Rbby_ w/p ARR_
Signature of Attorney for Debtor(s)

__Robert J. Dehney Delaware State Bar No. 3578__
Printed Name of Attorney for Debtor(s)

__Morris, Nichols, Arsht & Tunnell, LLP__
Firm Name

**1201 North Market Street**
**P.O. Box 1347**
**Wilmington, DE 19899**

Address

**302-658-9200**
Telephone Number

__10.13.2011__
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

__John L. Piland__
Printed Name of Authorized Individual

**Senior V-P & CFO of Security National Master Manager, LLC**
Title of Authorized Individual

__10/13/11__
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## Addendum to the Voluntary Petition

Pending Bankruptcy Cases Filed by Any Spouse, Partner or Affiliate of this Debtor:

On the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

**Security National Properties Funding III, LLC**
3050 Westfork Drive
Baton Rouge, LA 70816

**ITAC 190, LLC**
3050 Westfork Drive
Baton Rouge, LA 70816

**Security National Properties Funding, LLC**
3050 Westfork Drive
Baton Rouge, LA 70816

**Security National Properties Funding II, LLC**
3050 Westfork Drive
Baton Rouge, LA 70816

**Sequoia Investments III, LLC**
3050 Westfork Drive
Baton Rouge, LA 70816

**Sequoia Investments V, LLC**
3050 Westfork Drive
Baton Rouge, LA 70816

**Sequoia Investments XIV, LLC**
3050 Westfork Drive
Baton Rouge, LA 70816

**Sequoia Investments XV, LLC**
3050 Westfork Drive
Baton Rouge, LA 70816

**Sequoia Investments XVIII, LLC**
3050 Westfork Drive
Baton Rouge, LA 70816

**Security National Properties-Alaska, LLC**
3050 Westfork Drive
Baton Rouge, LA 70816

4540948.1

## RESOLUTION BY MANAGER

### OF

**Security National Properties Funding III, LLC, Security National Properties Funding, LLC, Security National Properties Funding II, LLC, Sequoia Investments XIV, LLC, Sequoia Investments XV, LLC, Sequoia Investments XVIII, LLC, and Security National Properties – Alaska, LLC**

Security National Master Manager, the manager "Manager" of Security National Properties Funding III, LLC, an Alaska limited liability company; Security National Properties Funding, LLC, an Alaska limited liability company; Security National Properties Funding II, LLC, an Alaska limited liability company; Sequoia Investments XIV, LLC, an Alaska limited liability company; Sequoia Investments XV, LLC, an Alaska limited liability company; Sequoia Investments XVIII, LLC, an Alaska limited liability company; and Security National Properties – Alaska, LLC, a Delaware limited liability company (the "Companies"), hereby adopts and approves the following resolutions on this the 13ᵗʰ day of October, 2011:

RESOLVED that, in the judgment of the undersigned Manager of the Companies, it is desirable and in the best interests of the Companies, its creditors, its members and other interested parties, that a petition be filed by the Companies seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and the filing of such petitions is authorized hereby; and it is further

RESOLVED that Robin P. Arkley II and John L. Piland, each a duly elected officer of Security National Master Manager, the Manager of the Companies (each, an "Authorized Officer" and together, the "Authorized Officers") in such capacity, is hereby authorized, empowered and directed on behalf of the Companies to execute, deliver and verify a petition in the name of the Companies under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware in such form and at such time as the Authorized Officer executing said petition on behalf of the Companies shall determine appropriate, which determination shall be conclusively evidenced by the execution and delivery thereof by such Authorized Officer; and it is further

RESOLVED that the Authorized Officers, or any one of them be, and each hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies, to execute, deliver, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, schedules, lists, applications, pleadings, and other papers, in such form as the Authorized Officers, or any one of them, shall determine appropriate, which determination shall be conclusively evidenced by the execution and delivery thereof by such Authorized Officer, and in that connection to employ and retain all assistance by legal counsel, investment bankers, accountants, brokers and other professionals and to take any and all action which they deem necessary and proper in

connection with the chapter 11 case, including, without limitation, any and all action necessary or proper in connection with obtaining debtor-in-possession financing, with a view to the successful prosecution of such case; and it is further

RESOLVED that the law firm of Morris, Nichols, Arsht & Tunnell, LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, Delaware 19899-1347, is hereby employed as attorneys for the Companies in the chapter 11 case and in related matters, on such terms and conditions as the Authorized Officers of the Companies shall approve and said firm shall agree; and it is further

RESOLVED that the Authorized Officers be, and each of them hereby is, authorized on behalf of and in the name of the Companies, as debtor and debtor-in-possession, to enter into and to execute and deliver such agreements, instruments and any and all other documents and amendments that the Authorized Officers, or any one of them, determines necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, including, without limitation, any credit agreement, promissory note, letter of credit application, guarantee, mortgage, or other security instrument, consistent with terms approved by the Authorized Officers and containing such provisions, terms, conditions, covenants, warranties and representations as the Authorized Officers, or any one of them, shall determine necessary or appropriate, which determinations shall be conclusively evidenced by the execution and delivery thereof by such Authorized Officer; and it is further

RESOLVED that the Companies is authorized to amend its current credit facility and/or to enter into new financing, as debtor-in-possession financing or otherwise, in such amounts and on such terms as one or more of the Authorized Officers, may determine to be necessary or advisable (the execution and delivery by any such Authorized Officer to be conclusive evidence of such Authorized Officer's determination); and to sell, transfer, lease, assign, grant security interests in, mortgage or pledge any or all of the property and assets of the Companies, real, personal, or mixed, tangible or intangible, as security or otherwise in connection therewith; and it is further

RESOLVED that the Authorized Officers be, and each of them hereby is, authorized, in the name and on behalf of the Companies to take or cause to be taken any and all such further action and to enter into and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions, as such Authorized Officers, or any one of them, shall determine necessary, proper or desirable, such determination to be conclusively evidenced by the taking of such action or the execution and delivery thereof by such Authorized Officer; and it is further

RESOLVED that all actions previously taken by any Authorized Officer in the name and on behalf of the Companies in furtherance of any or all of the proceeding

resolutions be, and the same hereby are, ratified, confirmed and approved as acts of the Companies.

IN WITNESS WHEREOF, the undersigned approve these resolutions as the Manager of the Companies on this 13th day of October, 2011.

**Security National Properties Funding III, LLC**

By:    Security National Master Manager, LLC,
       Its Manager

       By:    _____
              Robin P. Arkley II, Manager

**Security National Properties Funding, LLC**

By:    Security National Master Manager, LLC,
       Its Manager

       By:    _____
              Robin P. Arkley II, Manager

**Security National Properties Funding II, LLC**

By:    Security National Master Manager, LLC,
       Its Manager

       By:    _____
              Robin P. Arkley II, Manager

**Sequoia Investments XIV, LLC**

By:    Security National Master Manager, LLC,
       Its Manager

       By:    _____
              Robin P. Arkley II, Manager

**Sequoia Investments XV, LLC**

By:   Security National Master Manager, LLC,
      Its Manager

      By:        
             Robin P. Arkley II, Manager


**Sequoia Investments XVIII, LLC**

By:   Security National Master Manager, LLC,
      Its Manager

      By:        
             Robin P. Arkley II, Manager


**Security National Properties – Alaska, LLC**

By:   Security National Master Manager, LLC,
      Its Manager

      By:        
             Robin P. Arkley II, Manager

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SECURITY NATIONAL PROPERTIES | ) | |
| FUNDING III, LLC, et al.,[1] | ) | Case No. 11-_____ (__) |
| | ) | |
| Debtors. | ) | Joint Administration Pending |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS

The following is the list of creditors holding the 30 largest unsecured claims against the above-captioned debtors (the "Debtors"). The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases and represents the Debtors' best estimate of the largest unsecured claims that creditors may assert against the Debtors, as of October 10, 2011. This list does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information presented in this list shall not constitute an admission by, nor is it binding upon, the Debtors.[2]

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, or employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | State value of claim |
|---|---|---|---|---|
| AOI CORPORATION | AOI CORPORATION 8801 SOUTH 137TH CIRCLE OMAHA, NE 68138-3455 | trade debt | | $1,076,658.03 |

---

[1]    These jointly administered cases are those of the following debtors:  Security National Properties Funding III, LLC (4558), ITAC 190, LLC (4378), Security National Properties Funding, LLC (4037), Security National Properties Funding II, LLC (9204), Sequoia Investments III, LLC (7204), Sequoia Investments V, LLC (5313), Sequoia Investments XIV, LLC (4387), Sequoia Investments XV, LLC (3814), Sequoia Investments XVIII, LLC (6160), and Security National Properties – Alaska, LLC (6563).  The mailing address for all of the Debtors for the purpose of these cases is 3050 Westfork Drive, Baton Rouge, LA 70816.

[2]    The Debtors reserve the right to amend this list based on information existing as of the filing date. Furthermore, except as appropriate, the Debtors have not yet identified which of their largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff as appropriate.  Inclusion of a claim on this consolidated list is not an admission that the amounts listed are owed by the Debtors.

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, or employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | State value of claim |
|---|---|---|---|---|
| GUILFORD COUNTY TAX DEPARTMENT | GUILFORD COUNTY TAX DEPARTMENT PO BOX 71072 CHARLOTTE, NC 28272-1072 | tax claim | | $481,429.64 |
| RAMSEY COUNTY | RAMSEY COUNTY PO BOX 64097 ST PAUL, MN 55164-0097 | tax claim | | $266,099.00 |
| PF CALALASKA LLC | PF CALALASKA LLC 101 LUCAS VALLEY RD STE 150 SAN RAFAEL, CA 94903 | trade debt | | $204,879.20 |
| RJM CONSTRUCTION LLC | RJM CONSTRUCTION LLC PO BOX 86 MINNEAPOLIS, MN 55486-2903 | trade debt | | $151,782.70 |
| BUCKLEY CONSULTING | BUCKLEY CONSULTING 305 BEATRICE GREENWOOD, MS 38930 | trade debt | | $125,134.20 |
| FORSYTH COUNTY TAX COLLECTOR | FORSYTH COUNTY TAX COLLECTOR PO BOX 70844 CHARLOTTE, NC 2827200844 | tax claim | | $98,509.52 |
| ENCORE ONE LLC DBA | ENCORE ONE LLC DBA PO BOX 1150- MI 93 MINNEAPOLIS, MN 55480-1150 | trade debt | | $77,653.17 |
| GENERAL MECHANICAL INC | GENERAL MECHANICAL INC 9135 KING STREET ANCHORAGE, AK 99515 | trade debt | | $74,457.67 |
| WESTERN WATERPROOFING CO, INC. | WESTERN WATERPROOFING CO, INC. 800 NORTH AGNES AVENUE KANSAS CITY, MO 64120 | trade debt | | $63,300.00 |

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, or employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | State value of claim |
|---|---|---|---|---|
| HARVARD MAINTENANCE INC | HARVARD MAINTENANCE INC 570 SEVENTH AVE NEW YORK, NY 10018 | trade debt | | $60,515.34 |
| JONES LANG LASALLE AMERICAS | JONES LANG LASALLE AMERICAS 33492 TREASURY CENTER CHICAGO, IL 60694-3400 | trade debt | | $60,000.00 |
| 1 SOURCE TECHNICAL SERVICES INC | 1 SOURCE TECHNICAL SERVICES INC PO BOX 724 ZEPHYR, TX 76890 | trade debt | | $58,627.81 |
| ENCORE ONE LLC DBA | ENCORE ONE LLC DBA PO BOX 1150 MINNEAPOLIS, MN 55480-1150 | trade debt | | $57,516.66 |
| EAST SIDE HOMES | EAST SIDE HOMES 407 N WALSH DRIVE CASPER, WY 82609 | trade debt | | $54,855.80 |
| HARVARD MAINTENANCE INC | HARVARD MAINTENANCE INC 570 SEVENTH AVE NEW YORK, NY 10018 | trade debt | | $53,851.21 |
| STEINER CONSTRUCTION SERVICES INC | STEINER CONSTRUCTION SERVICES INC 3614 COUNTY ROAD 101 WAYZATA, MN 55391 | trade debt | | $52,649.00 |
| HALL FLOOR COVERING | HALL FLOOR COVERING 3412 N W FREDITH TOPEKA, KS 66618 | trade debt | | $51,408.61 |
| NAI KAW VALLEY COMMERCIAL | NAI KAW VALLEY COMMERCIAL 534 S KANSAS AVE #1108 TOPEKA, KS 66603 | trade debt | | $47,896.80 |

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, or employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | State value of claim |
|---|---|---|---|---|
| ISS FACILITY SERVICES - KANSAS CITY | ISS FACILITY SERVICES - KANSAS CITY PO BOX 802277 KANSAS CITY, MO 64180-2277 | trade debt | | $45,389.88 |
| NP DODGE MANAGEMENT COMPANY | NP DODGE MANAGEMENT COMPANY 13321 CALIFORNIA STREET #300 OMAHA, NE 68154 | trade debt | | $41,124.90 |
| PRUDENTIAL PROTECTIVE SERVICES | ADVANCE PAYROLL FUNDING F/B/O PRUDENTIAL PROTECTIVE SERVICES PO BOX 823473 PHILADELPHIA, PA 19182-3473 | trade debt | | $30,597.31 |
| ENERGY SYSTEMS COMPANY | ENERGY SYSTEMS COMPANY PO BOX 2718 OMAHA, NE 68103-2718 | trade debt | | $27,116.68 |
| OMAHA PUBLIC POWER DISTRICT | OMAHA PUBLIC POWER DISTRICT PO BOX 3065 OMAHA, NE 68103-0065 | trade debt | | $26,095.16 |
| PRUDENTIAL PROTECTIVE SERVICES | ADVANCE PAYROLL FUNDING F/B/O PRUDENTIAL PROTECTIVE SERVICES PO BOX 823473 PHILADELPHIA, PA 19182-3473 | trade debt | | $24,054.12 |
| GUILFORD COUNTY TAX DEPARTMENT | GUILFORD COUNTY TAX DEPARTMENT PO BOX 71072 CHARLOTTE, NC 28272-1072 | tax claim | | $24,053.30 |
| BOB FLORENCE CONTRACTOR INC | BOB FLORENCE CONTRACTOR INC PO BOX 5258 TOPEKA, KS 66605-0258 | trade debt | | $23,877.00 |

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, or employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | State value of claim |
|---|---|---|---|---|
| LINCOLN ELECTRIC SYSTEM | LINCOLN ELECTRIC SYSTEM PO BOX 80869 LINCOLN, NE 68501 | trade debt | | $21,373.99 |
| CITY OF TOPEKA - PUBLIC WORKS | CITY OF TOPEKA - PUBLIC WORKS 620 SE MADISON UNIT 10 TOPEKA, KS 66607 | trade debt | | $20,282.20 |
| DISTRICT COOLING ST PAUL INC | DISTRICT COOLING ST PAUL INC PO BOX 70870 ST PAUL, MN 55170-9780 | trade debt | | $19,744.35 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SECURITY NATIONAL PROPERTIES | ) | |
| FUNDING III, LLC, et al.,[1] | ) | Case No. 11-_____ (___) |
| | ) | |
| Debtors. | ) | Joint Administration Pending |
| | ) | |

## DECLARATION CONCERNING LIST OF
## CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, John L. Piland, the undersigned authorized officer of Security National Master Manager, LLC, manager of the above-captioned Debtors in these cases, declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 30 Largest Unsecured Claims against Security National Properties Funding III, LLC, et al., submitted herewith, and that it is true and correct to the best of my information and belief.

Dated:        October *13*, 2011

_____
John L. Piland
Senior Vice-President and Chief Financial Officer
Of Security National Master Manager, LLC

---

[1]        These jointly administered cases are those of the following debtors:  Security National Properties Funding III, LLC (4558), ITAC 190, LLC (4378), Security National Properties Funding, LLC (4037), Security National Properties Funding II, LLC (9204), Sequoia Investments III, LLC (7204), Sequoia Investments V, LLC (5313), Sequoia Investments XIV, LLC (4387), Sequoia Investments XV, LLC (3814), Sequoia Investments XVIII, LLC (6160), and Security National Properties – Alaska, LLC (6563).  The mailing address for all of the Debtors for the purpose of these cases is 3050 Westfork Drive, Baton Rouge, LA 70816.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SECURITY NATIONAL PROPERTIES, | ) | Case No. 11-_____ (___) |
| FUNDING, LLC, | ) | |
|   an Alaska limited liability company, | ) | |
| | ) | |
|       Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-0284037 | ) | |
| _____ | ) | |

### LIST OF EQUITY SECURITY HOLDERS

The membership interests in Security National Properties Funding, LLC are as follows:

Security National Properties Funding III, LLC     100%
3050 Westfork Drive
Baton Rouge, LA 70816

The Debtor is a manager managed limited liability company.  The Debtor's manager is Security National Master Manager, LLC.

{00207168 v 1 }

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In re:                                         )        Chapter 11
                                               )
SECURITY NATIONAL PROPERTIES,                  )        Case No. 11-_____ (___)
FUNDING, LLC,                                  )
  an Alaska limited liability company,        )
                                               )
           Debtor.                    )
                                               )
Tax I.D. No. 20-0284037                        )
_____)

### DECLARATION CONCERNING LIST OF EQUITY SECURITY HOLDERS

I, John L. Piland, the undersigned authorized officer of Security National Master
Manager, LLC, manager of the above-captioned Debtor in this case, declare under penalty of
perjury that I have reviewed the foregoing List of Equity Security Holders, submitted herewith,
and that it is true and correct to the best of my information and belief.

Dated:        October 13, 2011

                                  _____
                                    John L. Piland
                                    Senior Vice-President and Chief Financial Officer
                                    Of Security National Master Manager, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SECURITY NATIONAL PROPERTIES, | ) | Case No. 11-_____ (____) |
| FUNDING, LLC, | ) | |
|   an Alaska limited liability company, | ) | |
| | ) | |
|        Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-0284037 | ) | |
| _____ | ) | |

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO BANKRUPTCY RULES 1007(a)(1) AND 7007.1

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the following entities own 10% or more of the Debtor's equity interests:

| | |
|---|---|
| Security National Properties Funding III, LLC | 100% direct ownership |
| Security National Properties Holding Co., LLC | indirect ownership |
| Security National Master Holding Co., LLC | indirect ownership |

{00207366 v 1 }

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SECURITY NATIONAL PROPERTIES, | ) | Case No. 11-_____ (___) |
| FUNDING, LLC, | ) | |
|   an Alaska limited liability company, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-0284037 | ) | |
| _____ | ) | |

**DECLARATION CONCERNING DEBTOR'S
CORPORATE OWNERSHIP STATEMENT PURSUANT
TO BANKRUPTCY RULES 1007(a)(1) AND 7007.1**

I, John L. Piland, the undersigned authorized officer of Security National Master Manager, LLC, manager of the above-captioned Debtor in this case, declare under penalty of perjury that I have read the foregoing *Corporate Ownership Statement Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1* and that the information contained therein is true and correct to the best of my information and belief.

Dated:      October 13, 2011

                                         _____
                                         John L. Piland
                                         Senior Vice-President and Chief Financial Officer
                                         Of Security National Master Manager, LLC